United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-50186
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEAN POUL RAMIREZ-CASTILLO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:05-CR-1370-1
--------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Jean Poul Ramirez-Castillo appeals his guilty-plea conviction for conspiracy to import marijuana and conspiracy to possess with intent to distribute marijuana. He argues that the district court abused its discretion by denying his motion to suppress. Ramirez-Castillo's voluntary and unconditional guilty plea waived all nonjurisdictional defects that occurred prior to the plea. See United States v. Lampazianie, 251 F.3d 519, 525 (5th Cir. 2001). Accordingly, the argument is waived and the conviction is AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.